NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONCATEN, INC.,**
*Plaintiff-Appellant*

**v.**

**AMERITRAK FLEET SOLUTIONS, LLC, DBA AMERITRAK,**
*Defendant-Appellee*

---

2016-1112

---

Appeal from the United States District Court for the District of Colorado in No. 1:14-cv-00790-PAB-NYW, Judge Philip A. Brimmer.

---

**JUDGMENT**

---

CARL ALFRED HJORT, III, Concaten, Inc., Golden CO, argued for plaintiff-appellant. Also represented by DAVID A. PALLADINO.

LOREN LEE HANSEN, Gray, Plant, Mooty, Mooty & Bennett, P.A., Minneapolis, MN, argued for defendant-appellee. Also represented by RICHARD C. LANDON, DEAN CONRAD EYLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  October 11, 2016  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |